JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
CHRISTINA McCALL (CABN 234139)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929/ 3717
   Facsimile:   (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov
                Christina.McCall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00693 CW |
|---|---|---|
| Plaintiff, | ) | REQUEST TO STAY PRETRIAL RELEASE ORDER FOR DEFENDANT NATHAN WILLIE GARDNER, JR. AND [PROPOSED] ORDER |
| v. | ) | |
| NATHAN WILLIE GARDNER, JR., aka, "Little Nate," | ) | Date: |
| | ) | Time: |
| Defendant. | ) | Court:     Hon. Claudia Wilken |

On July 29, 2009, Magistrate Judge Wayne D. Brazil granted an order setting conditions of pretrial release for Defendant Nathan Willie Gardner, Jr. Per the government's request, Magistrate Judge Brazil stayed the Order granting pretrial release until 11:00 a.m. on July 30, 2009 to allow the government time to appeal the release order.

////

////

////

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-09-0693 CW

The government filed its appeal on July 30, 2009 and hereby requests that this Court further stay Magistrate Brazil's Order granting pre-sentencing release until this matter can be heard by this Court.

DATED: July 30, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ *Garth Hire*
/s/ *Christina McCall*

GARTH HIRE
CHRISTINA McCALL
Assistant United States Attorneys

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of Magistrate Judge Wayne D. Brazil setting conditions of pretrial release for Defendant Nathan Willie Gardner, Jr. is hereby stayed until such time that this Court can hear the United States' appeal of the Order.

DATED:_____                    _____
                                          HON. CLAUDIA WILKEN
                                          United States District Judge

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-09-0693 CW