IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00693-08 CW |
| Plaintiff, | ORDER GRANTING APPEAL OF THE UNITED STATES AND ORDERING DEFENDANT DETAINED |
| v. | |
| NATHAN WILLIE GARDNER, JR. | |
| Defendant. / | |

On July 29, 2009, a detention hearing was held before Magistrate Judge Wayne D. Brazil wherein Magistrate Judge Brazil granted pre-trial release for Defendant Nathan Willie Gardner, Jr. Magistrate Judge Brazil stayed the release order pending appeal by the United States. On July 30, 2009, the government filed an appeal of the release order and a request to stay pretrial release pending appeal, and on July 30, 2009, the Court issued an order staying pretrial release and setting a briefing schedule for the appeal. On August 4, 2009, Defendant filed an opposition to the appeal. Having considered the government's appeal and Defendant's opposition thereto,

IT IS HEREBY ORDERED that for the reasons set out in the appeal brief of the United States, the Court finds that Defendant

has failed to rebut the statutory presumption that he is a danger, and in any event, the government has established by clear and convincing evidence the Defendant is a danger to the community. The pretrial release order of Magistrate Judge Brazil is hereby reversed. Defendant is ordered detained pending trial or disposition.

Dated 8/13/09

CLAUDIA WILKEN
United States District Judge

cc: PTS; WDB; U.S. Marshal